# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0056
Lower Tribunal No. 22-DR-11977

_____

N.D.,

Appellant,

v.

J.R.C.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Deen, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


Huda Saleh and Michael Panella, of Panella Law Firm, Orlando, for Appellant.

Luisa McBride, of McBride Legal Group, P.A., Stuart, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED